**PHILADELPHIA FEDERATION OF TEACHERS, LOCAL 3,**
Appellant,

v.

**SCHOOL DISTRICT OF PHILADELPHIA.**

Supreme Court of Pennsylvania.

Argued Oct. 20, 1997.

Decided Nov. 14, 1997.

Ralph J. Teti and Linda M. Martin, Philadelphia, for Appellant.

Vincent J. Salandria, Philadelphia, for Appellee.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

NEWMAN, J., dissents.